# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADRIENNE SCOTT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 11-6284 |
| SUNOCO LOGISTICS PARTNERS, LP, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this __9th___ day of __January_____, 2013, it is **ORDERED** that the Motion of Defendants Sunoco Logistics Partners, LP, Kimberly Legge and Michelle Achenbach for Summary Judgment (ECF No. 22) is **GRANTED in part** and **DENIED in part** as follows:

- Sunoco's motion for summary judgment against Scott on all of her claims is **GRANTED**; and

- Sunoco's motion for summary judgment in its favor on all of its counterclaims is **DENIED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

COPIES VIA ECF ON        TO:        COPIES MAILED ON        TO: